IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEVON M. STAPLETON

    Plaintiff,

v.                                  CASE NO.: 3:19-CV-00413-MMH-PDB

CSX TRANSPORTATION, INC.,

    Defendant.
_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Devon Stapleton and Defendant CSX Transportation, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby notify the Court that this action is settled, that the claims asserted in this action are due to be dismissed with prejudice, and that each party shall bear its own costs and attorneys' fees.

DATED: September 13, 2021.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| /s/ *Jeffrey A. Yarbrough* | /s/ *William C. Tucker, Jr.* |
| Andrew J. Knight II | William C. Tucker, Jr. |
| Florida Bar No. 362646 | Admitted *Pro Hac Vice* |
| Jeffrey A. Yarbrough | Maples, Tucker & Jacobs LLC |
| Florida Bar No.: 14892 | 2001 Park Place N, Suite 1325 |
| 501 West Bay Street | Birmingham, AL 35203 |
| Jacksonville, Florida 32202 | Email: bill@mtandj.com |
| Primary e-mail: ajknight@mppkj.com | Email: carla@mtandj.com |
| Primary e-mail: jyarbrough@mppkj.com | Telephone: (205) 322-2333 |
| Telephone: (904) 356-1306 | |
| Facsimile: (904) 354-0194 | Gary F. Easom, Esq. |
| **Attorneys for Defendant CSXT** | Easom Law Firm |

P.O. Box 1093
Ponte Vedra Beach, FL 32004
Email: easom76@gmail.com
Telephone: (904) 894-3094
**Attorneys for Plaintiff**